# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH J. BECK, ) | |
|     PLAINTIFF ) | |
| ) | |
| V. ) | Civil Action No. 1:18-CV-00174-JRS-DLP |
| ) | |
| HONDA MANUFACTURING OF ) | |
| INDIANA, LLC ) | |
|     DEFENDANT ) | |

### PLAINTIFF'S DESIGNATION OF EVIDENCE IN SUPPORT OF HER RESPONSE/OPPOSITION [ECF 86] TO DEFENDANT'S MOTION/MEMORANDUM FOR SUMMARY JUDGMENT

Comes now Plaintiff, by counsel, and designates the following evidentiary materials in support of her response/opposition [ECF 86] to Defendant's Motion for Summary Judgment [ECF#75], Brief in Support of Motion for Summary Judgment [ECF#78], and Designation of Evidence in Support of It Motion for Summary Judgment [ECF#76]:

<u>Designation Ex. 1</u> Deposition of Sarah J. Beck: 10:1-2, 15:2-15, 18:8-10, 25:17-19, 26:19-25, 27:1-5, 27:13-19, 33:10-25, 34:1-17, 37:1-10, 37:23-25, 38:21-23, 39:17-25, 40:21-24, 41:9-10, 42:17-19, 44:4-12, 44:13-18, 46:2-11, 47:1-7, 49:17-25, 50:23-25, 52:11-15, 53:1-2, 55:6-8, 55:12-16, 55:17-20, 66:1-18, 66:13-22, 67:1-4, 78:3-8, 83:8-13, 83:19-23, 85:14-20, 87:10-25, 92:21-23, 92:24-25, 93:1, 92:5-6, 95:8-13, 96:5-15, 99:20-22, 100:24-25, 101:1-3,9-13, 102:21-25, 103:1-4, 103:13-15, 104:5-19, 107:16, 105:22-24, 110:6-9, 122:23-25, 123:1-10, 124:19-24, 125:3-11, 125:13-15, 125:18-20, 126:2-8, 126:12-16, 126:22-24, 127:12-18, 128:18-22, 129:6-8, 131:13-14,

133:9-20, 134:1-2, 135:4-10, 135:15-21, 136:15-25, 137:1-8, 137:1-8, 143:22-25, 145:2-8, 147:4-12, 148:4-12, 148:20, 149:4-22, 150:11-20, 156:8-11, 156:18-22, 159:21-24, 162:24-25, 163:1-3, 165:9-16, 166:23-25, 167:5-16, 168:23-25, 169:1, 185:19-25, 186:7-11, 186:12-18, 192:20-25, 193:1, 197:1-6, 198:1-2, 198:12-25, 199:1-2, 210:18-25, 212:20-25, 213:1-5, Ex. N;

Designation Ex. 2 Deposition of Charla Tate: 20:21-23, 22:1-7, 23:2-4, 27:4-8, 27:19-23, 27:22-25, 28:1-4, 30:16-23, 30:24-25, 31:1-4, 29:16-20, 49:5-12, 61:3-8, 62:18-25, 62:1, 63:13-20, 64:2-3, 67:23-25, 68:1-4, 68:3-10, 68:13-18, 70:22-25, 71:23-25, 72:1, 73:11-17, 75:2-9, 75:10-16, 75:21-25, 82:25, 83:1-3, 84:3-5, 84:6-17, 85:1-9, 86:2-6, 85:12-14, 86:18-25, 94:23-25, 95:1-3, 94:7-17, 91:18-25, 92:1, 93:8-16, 97:16-21, 98:10-19, 99:1-10, 99:20-25, 100:1-4, 104:8-15, 108:14-17, 108:18-25, 109:1, 110:19-21, 111:7-9, 113:22-25, 114:1-4, 115:24-25, 116:1-6, 116:12-19, 116:12-19, 116:24-25, 117:1, 119:19-25, 120:4-5, 121:3-4, 125:2-25, 126:1-25, 127:1-2, 125:14-16, 133:23-25, 134:6-8, 136:25, 137:1-4, 138:13-20, 139:15-18, 142:16-20, 159:16-25, 160:1-25, 161:5-8, 161:17-21, 163:2-6, 169:3-22, 170:13-19, 171:12-18, 174:9-19, 180:5-13, Ex. 10, 40, Ex. 11, Ex. 15, Ex. 19;

Designation Ex. 3 Deposition of Brittany Parrish: 5:19-22, 8:7-12, 10:22-25, 11:1-10, 11:21-25, 12:6-9, 12:10-13, 12:22-25, 13:1, 19:15-17, 14:1-8, 14:2-19, 26:13-24, 28:2-5, 28:20-24, 29:4-7, 29:15-20, 30:5-11, 31:8-18, 32:19-22, 33:11-16, 24:2-10, 35:2-4, 39:8-22, Ex. 1, Ex. 2;

Designation Ex. 4 Deposition of Brandon Parker: 11:7-9, 12:1-4, 14:21-22, 15:10-15, 15:24-25, 16:1-9, 16:15-24, 17:23-25, 18:1-8, 18:11-21, 19:14-25,

20:1-2, 22:18-25, 23:1-9, 25:13-18, 25:19-22, 26:19-21, 26:22-25, 27:1-2, 28:17-23, 29:3-25, 30:13-20, 31:2-5, 33:25, 34:1-5, 35:3-9, 39:1-9, 41:13-25, 42:1-19, 48:16-25, 50:21-25, 51:1, 51:14-15, 52:10-14, 53:2-13, 54:14-25, 55:20-23, 56:4-10, 56:16-21, 60:17-23, 61:19-22, 61:25, 62:1-10, 66:7-19, 66:17-25, 67:1-3, 68:13-18, 70:17-25, 72:19-22, 73:1-3, 73:11-18, 74:4-7, 74:19-23, 75:19-23, 81:5-21, 82:1-4, 82:15-25, 83:1-3, 83:23-25, 83:20-22, 84:4-9, 84:10-12, 84:18-25, 85:1-2, 85:15-18, 86:7-9, 87:4-14, 88:23-25, 89:1-2, 89:22-25, 90:1-25, 91:1-20, 91:2-8, 91:4-12, 93:1-2, 93:12-14, 94:2-5, 95:2-9. Ex. 2,[1] Ex. 3, Ex. 4, Ex. 5, Ex. 7;

Designation Ex. 5 Deposition of Thomas Arthur: 4:16-25, 5:19-20, 6:15-25, 7:1-25, 8:1-18, 9:16-20, 9:12-15, 10:1-8, 12:21-25, 13:1-21, 13:1-7, 14:16-22, 15:4-9, 15:21-23, 16:4-5, 18:1-3, 18:8-9, 18:10-25, 19:1-17, 19:18-21, 20:2-5, 21:16-23, 22:6-9, 23:9-18, Ex. 2 (4504-5789);[2]

Designation Ex. 6 Deposition of Jeff Nichols dated January 17, 2019: 5:19-24, 6:3-8, 8:13-16, 14:13-17, 14:18-20, 17:12-25, 18:1-5, 18:10-14, 18:24-25, 19:1-7, 19:18-22, 19:18-25, 20:1-6, 20:13-15, 21:8-25, 22:1-4, 22:17-23, 23:8-16, 24:24-25, 25:1-7, 25:18-21, 27:20-25, 28:11-25, 29:1-3, 29:17-25, 30:9-15, 31:11, 31:17-24, 32:3-8, 34:9-17, 34:18-22, 35:4-6, 36:8-20, 36:24-25, 37:1-10, 37:11-15, 37:19-25, 38:1-13, 38:12, 38:18-24, 38:24-25, 39:1-7, 40:2-7, 40:13-16, 42:24-25, 43:5-6, 43:7-15, Ex. 2 (1136-3672);[3]

---

[1] Filed Under Sealed Designation Pursuant to L.R. 5-11(d).
[2] Filed Under Sealed Designation Pursuant to L.R. 5-11(d).
[3] Filed Under Sealed Designation Pursuant to L.R. 5-11(d).

<u>Designation Ex. 7</u> Deposition of Jeff Nichols dated May 14, 2019: 6:13-14, 7:8-11, 7:13-19, 8:3-7, 8:8-12, 8:13-17, 8:22-24, 11:14-18, 11:19-21, 12:2-5, 15:6-10, 13:8-13, 13:22-25, 14:1-3, 14:11-16, 15:10-18, 16:14-18, 16:24-25, 17:1-4, 18:15-17, 20:6-12, 20:16-19, 22:9-13, 22:14-23, 22:22-25, 23:1-11, 26:22-25, 27:1, 27:2-13, 28:5-7, 28:12-13, 29:1-5, 29:9-12, 41:1-6, 43:15-18, Ex. 1 (6077-8000),[4] Ex. 2 (8001-9833),[5] Ex. 3 (9834-11813),[6] Ex. 4 (11814-13584);[7]

<u>Designation Ex. 8</u> Deposition of Angela Topper dated January 17, 2019: 4:23-25, 5:1-18, 20:12-20, 21:1-8, 21:12-15, 21:16-23, 22:1-5, 22:6-25, 23:1, 24:18-24, 25:6-11, 25:12-14, 25:22-25, 26:2-10, 26:11-13, 26:14-16, 27:7-12, 27:18-22, 27:22-24, 29:10-15, 29:20-25, 30:1-9, 30:14-18, 31:2-5, 31:13-24, 32:1-4, 32:18-19, 33:5, 33:6-18, 34:9-21, 36:1-5, 36:13-15, 37:9-20, 38:4-11, 38:12-17, 38:21-24, 39:2-6, 39:10-12, 40:6-8, 40:12-23, Ex. 2 (6057-6063),[8] Ex. 3 (6058, 6064, 6070),[9] Ex. 4 (6059, 6065, 6071),[10] Ex. 5 (6060, 6066, 6072),[11] Ex. 6 (6061, 6067, 6073),[12] Ex. 7 (6062, 6074, 6068),[13] Ex. 8 (4103-4127);[14]

<u>Designation Ex. 9</u> Deposition Angela Topper dated April 25, 2019: 67:7-11, 66:24-25, 67:16-25, 69:1-3, 69:9-16, 70:8-12, 71:18-20, 72:24-25, 73:19-25, 73:25, 74:1, 74:6-11, 75:3-6, 75:17-24, 76:12-21, 77:1-4, 77:11-16, 77:17-23, 78:4-10, 81:9-16, 82:23-25, 83:1, 83:16-18, 83:8-19, 84:1-24, 85:19-25, 86:1-8,

---

[4] Filed Under Sealed Designation Pursuant to L.R. 5-11(d).
[5] Filed Under Sealed Designation Pursuant to L.R. 5-11(d).
[6] Filed Under Sealed Designation Pursuant to L.R. 5-11(d).
[7] Filed Under Sealed Designation Pursuant to L.R. 5-11(d).
[8] Filed Under Sealed Designation Pursuant to L.R. 5-11(d).
[9] Filed Under Sealed Designation Pursuant to L.R. 5-11(d).
[10] Filed Under Sealed Designation Pursuant to L.R. 5-11(d).
[11] Filed Under Sealed Designation Pursuant to L.R. 5-11(d).
[12] Filed Under Sealed Designation Pursuant to L.R. 5-11(d).
[13] Filed Under Sealed Designation Pursuant to L.R. 5-11(d).
[14] Filed Under Sealed Designation Pursuant to L.R. 5-11(d).

88:6-8, 88:9-16, 93:19-25, 94:1, 11-21, 94:22-25, 95:2-21, 96:3-9, 97:11-14, 97:18-20, 98:2-11, 101:12-25, 101:12-25, 102:1-4, 105:16-25, 106:6-17, 107:5-16, 108:10-13, 109:1-2, 109:13-18, 110:10-17, 111:6-14, 117:14-25, 118:1-3, Ex. 1 (13637-13641),[15] Ex. 1A (13644-13650),[16] Ex. 2 (13651-13672),[17] Ex. 2A (13673-13694),[18] Ex. 3 (13588-13636),[19] Ex. 4 (13695-13797),[20] Ex. 4A (13798-13900),[21] Ex. 4B (13901-14003),[22] Ex. 4C (14004-14106);[23]

Designation Ex. 10 Declaration of Sarah J. Beck, ¶1-48;

Designation Ex. 11 Declaration of Britney Thomas, ¶1-47;

Designation Ex. 12 Declaration of Rhonda Cook, ¶1-26;

Designation Ex. 13 Transcription of Beck-Tate (f/k/a Brown) Conversation on August 7, 2017: 4:17-21, 5:8-24, 6:1-25, 7:1-25, 8:1-; 9:14-15, and 11:14-21;

Designation Ex. 14 List of associates terminated in vehicle quality between July 2013 through November 2017.

Respectfully Submitted,
/s/ J. Kevin King
J. Kevin King, #10849-03
Cline, King & King, P.C.
625 Reeves Way
Columbus, IN   47201
Voice: 812-372-8461
Fax: 812-372-2544
Email: mjn@lawdogs.org

---

[15] Filed Under Sealed Designation Pursuant to L.R. 5-11(d).
[16] Filed Under Sealed Designation Pursuant to L.R. 5-11(d).
[17] Filed Under Sealed Designation Pursuant to L.R. 5-11(d).
[18] Filed Under Sealed Designation Pursuant to L.R. 5-11(d).
[19] Filed Under Sealed Designation Pursuant to L.R. 5-11(d).
[20] Filed Under Sealed Designation Pursuant to L.R. 5-11(d).
[21] Filed Under Sealed Designation Pursuant to L.R. 5-11(d).
[22] Filed Under Sealed Designation Pursuant to L.R. 5-11(d).
[23] Filed Under Sealed Designation Pursuant to L.R. 5-11(d).

## CERTIFICATE OF SERVICE

I hereby certify a true copy of the foregoing was served upon the following by e-filing notice, email, and/or first class mail, postage prepaid, on Friday, July 19, 2019:

Health L. Wilson
Frost Brown Todd LLC
201 North Illinois Street, Suite 1900
PO Box 44961
Indianapolis, IN 46244

Jennifer A. Rulon
Frost Brown Todd LLC
9277 Centre Pointe Drive, Suite 300
West Chester, OH 45069

                                                            */s/ J. Kevin King*
                                                         J. Kevin King, #10849-03